# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Joshua Sandoval

**V.**                                                           **JUDGMENT IN A CIVIL CASE**

Cardtronics USA, Inc; Cardtronics, Inc

CASE NUMBER:   11cv0217-BEN-BLM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Summary Judgment is granted in favor of Cardtronics USA, Inc and Cardtronics, Inc.

| May 16, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Betancourt |
| | (By) Deputy Clerk |
| | ENTERED ON May 16, 2012 |